MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (DCBN 121782)
Chief, Criminal Division

MARC PRICE WOLF (CABN 254495)
Special Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-6488
      FAX: (415) 436-7234
      marc.wolf@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. CR 13-420-NC |
| | ) | |
| v. | ) | NOTICE OF DISMISSAL & [~~PROPOSED~~] ORDER |
| | ) | |
| ROLLIN SCOTT FELD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above captioned Information without prejudice.  The defendant has successfully completed pretrial diversion.

DATED: January 6, 2015               MELINDA HAAG
                             United States Attorney


                           _____/s/_____
                             MARC P. WOLF
                             Special Assistant United States Attorney

NOTICE OF DISMISSAL (CR 13-420-NC)

1

## [~~PROPOSED~~] ORDER

2
      Leave is granted to the government to dismiss the information.

3
Date:   January 6, 2015

4
                                      _____
NATHANAEL M. COUSINS
United States Magistrate Judge



5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
NOTICE OF DISMISSAL (CR 13-420-NC)